UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES REILLY, #184122,

       Plaintiff,                        Civil Case Number: 2:19-11249
                                                      Honorable Linda V. Parker

v.

COLLEEN SPENCER, ET AL.,

       Defendants.
_____/

## OPINION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST TO STAY ALL PROCEEDINGS

Plaintiff, a pretrial detainee in the St. Clair County Jail, filed this pro se civil rights action on April 30, 2019. Plaintiff claims, among other things, that Defendants have denied her necessary medical care, including medication prescribed to regulate her heart rhythm and estrogen, which has led to severe pain and difficulty breathing. Plaintiff indicates that she is a transsexual and has been taking estrogen as part of the process to alter her sex. The matter is presently before the Court on Plaintiff's motion to stay the case for one hundred and eighty days to provide her time to prepare an amended complaint. Plaintiff states that she needs additional time to access legal materials and a word processor to draft her pleading.

The Court finds good cause to extend the time for Plaintiff to file an amended complaint, although it believes the extension requested is an unnecessarily long time. Moreover, granting Plaintiff's request will result in needless delay in adjudicating what appears to be a serious claim and obtaining the relief Plaintiff seeks in this case.

Accordingly, the Court is granting Plaintiff a ninety (90) day extension to file her amended complaint. In the meantime, the Court believes that the appointment of counsel to represent Plaintiff in this case would be beneficial. The Court, therefore, will appoint counsel for Plaintiff if able to locate counsel willing to represent her.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 12, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 12, 2019, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager